# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 28, 2019

---

## NO. 03-19-00235-CV

---

**Darla Goulla, Appellant**

**v.**

**Randy Gool, Gary Gool, Evan Gool and George McAlpine, Appellees**

---

**APPEAL FROM TH26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment signed by the trial court on April 5, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.